UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

               Case No. 2:16-cr-03

v.

               HONORABLE PAUL L. MALONEY

MICHAEL LEO SCARGALL,

   Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

  The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No.51).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

  THEREFORE, IT IS ORDERED that:

  1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

  2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the Indictment.

  3. The written plea agreement is hereby continued under advisement pending sentencing.

Date:  December 28, 2016         /s/ Paul L. Maloney
                    Paul L. Maloney
                    United States District Judge